JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC COTTRELL, | NO. CV 11-01348 SJO (MANx) |
| Plaintiff, | **JUDGMENT IN FAVOR OF DEFENDANT DELTA AIRLINES, INC.** |
| v. | |
| DELTA AIRLINES, INC.; ESTHER HAMMOND, in her official capacity of Director, SPHR; KELLY MERCHANT, in her official capacity of Manager - Human Resources ACS; TRISHA BEALS, in her official capacity as Manager; and DOES 1-10, | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This matter came before the Court on Defendant Delta Air Lines, Inc.'s ("Defendant") Motion for Summary Judgment ("Motion"), filed January 9, 2012. Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motion, the Court finds that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties show that there is no genuine issue as to any material fact and that Defendant is

1  entitled to judgment as a matter of law.  The Court grants Defendant's Motion against Plaintiff Eric

2  Cottrell ("Plaintiff").

3          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that summary judgment shall be,

4  and hereby is, entered in favor of Defendant Delta Air Lines as to all claims.

5          IT IS SO ADJUDGED.

6

7  Dated this 8th day of March, 2012

8

9                                                    _____

10                                                          S. JAMES OTERO
                                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28